Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LHF PRODUCTIONS, INC., | Civil Action No. 16-cv-1273RSM |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE OF RAUL FERNANDEZ (DOE 3) |
| v. | |
| CALVIN EVANS, an individual; JOSE SOSA, an individual; RAUL FERNANDEZ, an individual; AMY JOHNSTON, an individual; DAVID NARDIN, an individual; PAMELA LAKE, an individual; AARON ROSENBERG; an individual; and ALEJANDRA DEL ANGEL; an individual; | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) and according to the terms of a Confidential Settlement Agreement wherein Defendant agreed to (a) cease directly, contributorily or indirectly infringing Plaintiff's rights in its valid and enforceable copyrighted work *London Has Fallen*, Copyright Registration No. PA 1-982-831, including without limitation by using the Internet to reproduce, copy, distribute or to make the motion picture available for distribution to the public, except pursuant to a lawful written license from Plaintiff; (b) destroy all unauthorized copies or parts thereof of *London Has Fallen* in its possession or subject to Defendant's control, including without limitation any downloaded onto any computer hard drive or server or otherwise saved onto any physical medium or device, without Plaintiff's authorization; and (c) pay Plaintiff a monetary sum

STIPULATION OF DISMISSAL - 1
Civil Action No. 16-cv-1273RSM
INIP-6-0051P10 SDMISS - Doe 3

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

for statutory damages, Plaintiff hereby dismisses its claims against Defendant with prejudice and with each side bearing its own fees and costs.

| | |
|---|---|
| s/ David A. Lowe, WSBA No. 24,453<br>Lowe@LoweGrahamJones.com<br>LOWE GRAHAM JONES<sup>PLLC</sup><br>701 Fifth Avenue, Suite 4800<br>Seattle, WA 98104<br>T: 206.381.3300<br>F: 206.381.3301<br><br>*Attorneys for Plaintiff* | s/Michael P. Matesky II, WSBA No. 39,586<br>mike@mateskylaw.com<br>MATESKY LAW<sup>PLLC</sup><br>1001 4th Ave, Ste 3200<br>Seattle, WA 98154<br>T: 206.701.0331<br>F: 206.701.0332<br><br>*Attorneys for Defendant* |

DISMISSAL OF DISMISSAL - 2

Civil Action No. 16-CV 1273RSM

INIP-6-0051P10 SDMISS - Doe 3

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301