UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LHF PRODUCTIONS, INC., | Case No. C16-1273RSM |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION |
| v. | |
| DOE 1, et al., | |
| Defendants. | |

This matter comes before the Court on Plaintiff's motion for reconsideration. Dkt. #54. On February 23, 2017, the Court granted Defendant Jose Sosa's motion to dimiss. Dkt. #53. In its Order, the Court overlooked the response filed by Plaintiff. *See* Dkt. #32. The Court apologizes for this oversight. However, consideration of Plaintiff's response does not alter the outcome of this matter.

As noted in the Court's prior Order, "while it is possible that Mr. Sosa participated in the BitTorrent 'swarm,' it is also possible that someone else with access to Mr. Sosa's IP address is the actual infringer." Dkt. #53 at 4. Because Plaintiff is "'faced with two possible explanations, only one of which can be true and only one of which results in liability,'" it must allege something more, "'such as facts tending to exclude the possibility that [an] alternative explanation is true.'" *Id*. (quoting *In re Century Aluminum Co. Sec. Litig.*, 729 F.3d 1104, 1108

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION — **1**

(9th Cir. 2013)).  Because Plaintiff did not plead "facts tending to exclude the possibility that [an] alternative explanation is true," its claim against Mr. Sosa warrants dismissal.

The Court remains unpersuaded by citations to cases presented for the first time in Plaintiff's motion for reconsideration.  *See* Dkt. #54 at 2-3.  As stated in Local Civil Rule 7(h), the Court will only consider "new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence."  Plaintiff did not bring these cases to the Court's attention in its response to Mr. Sosa's motion.  *See* Dkt. #32.  Accordingly, the Court will not consider them now.  For these reasons, the Court DENIES Plaintiff's motion for reconsideration.

It is so ORDERED.

Dated this 28 day of February, 2017

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION — 2